John D. Guerrini  (190972)
**THE GUERRINI LAW FIRM**
750 East Green Street, Suite 200
Pasadena, CA 91101
626-229-9611 telephone
626-229-9615 facsimile
guerrini@guerrinilaw.com
Attorneys for Plaintiffs Crescent Jewelers

[9137]

E-FILING

RECEIVED
JUL 2 6 2011
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CV 11 80177 MISC  JF

| | |
|---|---|
| CRESCENT JEWELERS, Debtor in Possession,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT PARSAKIAN dba PRECISION JEWELRY TOOLS AND SUPPLIES<br><br>Defendant. | CASE NO.  11-00501-CNMP<br><br>**REQUEST AND ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER**<br><br>[Rules 4.1(a) and 69 of the Federal Rules of Civil Procedure; Local Rule 69-1]<br><br>[No Hearing Required] |

Plaintiff CRESCENT JEWELERS Debtor in Possession, pursuant to the provisions of Rules 4.1(a) and 69 of the Federal Rules of Civil Procedure, and Rule 69-1 of the Local Rules of Practice of the United States District Court for the Central District of California, request that American Legal Support Services who is at least 18 years of age

1 | of suitable discretion and not a party to the within action, be authorized and appointed
2 | to serve the writs in the above case.  The U.S. Marshals Office will remain the levying
3 | officer.

4

5 | IT IS SO ORDERED:

6

7

8 | Dated: FF<ins>D</ins>Ï <ins>D</ins><ins>C</ins>FF   _____
9 | United States District Judge
   | ROUOT YACUOOS

10

11

...

-2-

11-00501-CNMP